UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. LBR 9004-1(b)

**HILL WALLACK LLP**

Elizabeth K. Holdren, Esq.
21 Roszel Road
P.O. Box 5226
Princeton, NJ 08543
Phone: 609-924-0808
Email: eholdren@hillwallack.com
*The Bank of New York Mellon, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-13, through Carrington Mortgage Servicing, LLC, servicer and attorney-in-fact*

Order Filed on August 24, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: | Case No.: 17-25427-MBK |
|---|---|
| Andre Morainvil | Chapter: 13 |
| Debtor. | Judge: Michael B. Kaplan |

**CONSENT ORDER**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: August 24, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

{09140955; 1}

**Page | 2**
Debtor: Andre Morainvil
Case No: 17-25427-MBK
Caption: Consent Order Allowing The Bank of New York Mellon, F/K/A The Bank of New
York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-
13 to file a Secured Proof of Claim

THIS MATTER having been brought before the Court on the agreement of the parties,

Elizabeth K. Holdren, attorney for creditor, The Bank of New York Mellon, F/K/A The Bank of

New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series

2005-13, through Carrington Mortgage Servicing, LLC, servicer and attorney-in-fact ("Secured

Creditor"), and, Kevin C. Fayette , attorney for debtor, Andre Morainvil "("Debtor") and the

parties consenting to the entry of the order herein; it is hereby

ORDERED that

1.     Secured Creditor has filed a Proof of Claim on July 28, 2021 (Claim 9)

evidencing a total secured claim in the amount of $191,325.10 and arrears in the amount of

$21,413.60 "POC Arrears").

2.     Debtors agree to pay and the Trustee is authorized to pay the full amount of the

POC Arrears through the Chapter 13 Plan.

We hereby consent to the terms and
entry of the within Consent Order.

HILL WALLACK LLP
Attorneys for The Bank of New York Mellon, F/K/A The Bank of New York as trustee for
registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-13, through
Carrington Mortgage Servicing, LLC, servicer and attorney-in-fact

By: */s/ Elizabeth K. Holdren*
    Elizabeth K. Holdren, Esq.

Law Offices of Kevin Fayette, LLC
Attorneys for Debtor

By: _____
    Kevin C. Fayette, Esq.

{09140955; 1}