| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in compliance with D.N.J. LBR 9004-1(b)<br><br>**HILL WALLACK LLP**<br>Elizabeth K. Holdren, Esq.<br>21 Roszel Road<br>P.O. Box 5226<br>Princeton, NJ 08543<br>Phone: 609-924-0808<br>Email: eholdren@hillwallack.com<br>*The Bank of New York Mellon, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-13, through Carrington Mortgage Servicing, LLC, servicer and attorney-in-fact* |

Order Filed on August 24, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: | Case No.: 17-25427-MBK |
|---|---|
| Andre Morainvil | Chapter: 13 |
| Debtor. | Judge: Michael B. Kaplan |

# CONSENT ORDER

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

DATED: August 24, 2021

_____
Honorable Michael B. Kaplan
United States Bankruptcy Judge

{09140955;1}

Page | 2
Debtor: Andre Morainvil
Case No: 17-25427-MBK
Caption: Consent Order Allowing The Bank of New York Mellon, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-13 to file a Secured Proof of Claim

---

THIS MATTER having been brought before the Court on the agreement of the parties, Elizabeth K. Holdren, attorney for creditor, The Bank of New York Mellon, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-13, through Carrington Mortgage Servicing, LLC, servicer and attorney-in-fact ("Secured Creditor"), and, Kevin C. Fayette, attorney for debtor, Andre Morainvil "("Debtor") and the parties consenting to the entry of the order herein; it is hereby

ORDERED that

1.  Secured Creditor has filed a Proof of Claim on July 28, 2021 (Claim 9) evidencing a total secured claim in the amount of $191,325.10 and arrears in the amount of $21,413.60 "POC Arrears").

2.  Debtors agree to pay and the Trustee is authorized to pay the full amount of the POC Arrears through the Chapter 13 Plan.

We hereby consent to the terms and
entry of the within Consent Order.

HILL WALLACK LLP
Attorneys for The Bank of New York Mellon, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-13, through Carrington Mortgage Servicing, LLC, servicer and attorney-in-fact

By: /s/ *Elizabeth K. Holdren*
    Elizabeth K. Holdren, Esq.


Law Offices of Kevin Fayette, LLC
Attorneys for Debtor

By: _____
    Kevin C. Fayette, Esq.


{09140955; 1}

United States Bankruptcy Court
District of New Jersey

In re:     Case No. 17-25427-MBK
Andre Morainvil     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2
Date Rcvd: Aug 24, 2021     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2021:**

**Recip ID     Recipient Name and Address**
db     + Andre Morainvil, 12 Bendix Lane, Willingboro, NJ 08046-1614

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2021 at the address(es) listed below:**

**Name     Email Address**

Albert Russo
    on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
    docs@russotrustee.com

Denise E. Carlon
    on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Elizabeth K. Holdren
    on behalf of Creditor The Bank of New York Mellon F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-13, through Carrington Mortgage Servicing, LLC, service eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com

Kevin C. Fayette
    on behalf of Debtor Andre Morainvil kfayette@kevinfayette.com

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Aug 24, 2021 | Form ID: pdf903 | Total Noticed: 1

Kevin Gordon McDonald
    on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

Warren S. Jones, Jr.
    on behalf of Creditor The Bank of New York Mellon F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-13 email@warrensjones.com, r46134@notify.bestcase.com;robert@warrensjones.com

TOTAL: 8